### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No.:   14-cv-2658-WJM-CBS

**MIKE J. ROSAGLIO**

    Plaintiff,

v.

**FIRST NATIONAL COLLECTION BUREAU, INC.**

    Defendant

---

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

---

**COMES NOW** the Plaintiff, by and through his undersigned attorney, notifying this Honorable Court that the parties have settled all issues of this case.  Pursuant to Fed.R.Civ.P.41(a)(1)(A)(i) the Plaintiff dismisses this case with prejudice.  The parties each shall pay their own attorney fees and costs.

October 28, 2014


                Respectfully submitted,

                 s/Troy D. Krenning
                **Troy D. Krenning**
                Law Office of Troy D. Krenning, LLC
                770 N Lincoln Avenue
                Loveland, Colorado 80537
                (970) 292-8290
                (303) 583-8325
                **Attorney for Plaintiff**